NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

James S Schreier (CA State Bar No 064570), Lea-Marise Devine (CA State Bar No 206092)
Christensen, Miller, Fink, Jacobs, Glaser, Weil & Shapiro, LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Tel. 310-553-3000, Fax: 310-556-2920

Robert A Harris (Pro Hac to be filed), Trisha M Corbin (Pro Hac to be filed),
Scott A Carroll (Pro Hac to be filed)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street; P O Box 1008
Columbus, Ohio 43216-1008
Tel (614) 464-6400, Fax (614) 464-6350

*Attorneys for Defendant Bath & Body Works, Inc*



FILED
CLERK, U.S. DISTRICT COURT
APR 19 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Amanda Payne-Cooley | CASE NUMBER: CV04-0477 RSWL (RNBx) |
|---|---|
| Plaintiff(s) v. Bath & Body Works, Inc., Defendant(s) | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

**NOTICE:** Effective January 1, 2000, the fee for *Pro Hac Vice* Appearance is $85.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. **To receive orders and judgments by e-mail or fax transmission, complete and return the Optical Scanning Enrollment form (formG-76), available on the court's website at www.cacd.uscourts.gov**

I, Scott A. Carroll, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: Bath & Body Works, Inc., by whom I have been retained.

My *out-of-state* business information is as follows:
Firm Name:       Vorys, Sater, Seymour and Pease LLP
Address:         52 East Gay Street
                 Columbus, Ohio 43215
Telephone number:      (614) 464-6400           Fax number:   (614) 464-6350

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| Supreme Court of the State of Ohio | 1993 |
| United States District Court, Southern District of Ohio | 1994 |
| United States Court of Appeals for the Sixth Circuit | 1995 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE APPLICATION GRANTED OR DENIED |
|---|---|---|
| CV04-0921 SJO (VBKx) | Moreno v. Express, LLC | Pending |

DOCKETED ON CM
APR 20 2004
BY _____ 005

APR 19 2004
CLERK, U.S. DISTRICT COURT

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

I designate James S. Schreier and Lea-Marise Devine as local counsel, whose business information is as follows:

Firm Name:    Christensen, Miller, Fink, Jacobs, Glaser, Weil & Shapiro, LLP

Address:      10250 Constellation Boulevard, 19th Floor

              Los Angeles, California 90067

Telephone number:    (310) 553-3000          Fax number:    (310) 556-2920

who is a member of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ.P., and the F.R. Evidence.

Date: 4-15-04

_____
*Applicant Signature*

I hereby consent to the foregoing designation.

Date: 4/16/04

_____
*Designee Signature*

206092
California State Bar No.

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:

☒ Granted.
☐ Denied and fee ordered returned.

Date: 4-19-04

**RONALD S.W. LEW**
UNITED STATES DISTRICT JUDGE/~~MAGISTRATE JUDGE~~

G-64 (10/03)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE 1 OF 2
04/08/2004 - 481209

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 10250 Constellation Boulevard, Nineteenth Floor, Los Angeles, California 90067.

On, April 19, 2004, at the direction of a member of the Bar of this Court, I served the within:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

on the interested parties to this action by delivering a copy thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

William Rehwald, Esq.
Lawrence M. Glasner, Esq.
Daniel R. Chaleff, Esq.
REHWALD, RAMESON, LEWIS & GLASNER
5855 Topanga Canyon Blvd., Suite 400
Woodland Hills, CA 91367
Tel.: (818) 703-7500
Fax: (818) 703-7498

[X] (BY MAIL) I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

[ ] (BY OVERNIGHT DELIVERY SERVICE) I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

[ ] (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

[ ] (BY FACSIMILE) I caused such documents to be delivered via facsimile to the offices of the addressee(s) at the following facsimile number:

Executed this 19th day of April, 2004, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

JENNIFER ANGELL