FILED
CLERK, U.S. DISTRICT COURT
OCT 27 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1  William Rehwald (California State Bar No. 51396)
   Lawrence M. Glasner (California State Bar No. 142677)
2  Rehwald Rameson Lewis & Glasner
3  5855 Topanga Canyon Blvd., Suite 400
   Woodland Hills, CA 91367
4  Tel. (818) 703-7500
   Fax. (818) 703-7498
5
6  *Attorneys for Plaintiff Amanda Payne-Cooley*

Priority
Send          ✓   pl
Enter
Closed
JS-5/JS-6     ✓
JS-2/JS-3
Scan Only

7  James S. Schreier (California State Bar No. 064570)
   Lea-Marise Devine (California State Bar No. 206092)
8  Christensen, Miller, Fink, Jacobs,
   Glaser, Weil & Shapiro, LLP
9  10250 Constellation Boulevard
   19th Floor
10 Los Angeles, California 90067
   Tel. (310) 553-3000
11 Fax. (310) 556-2920

12 Robert A. Harris *(Admitted Pro Hac Vice)*
   Scott A. Carroll *(Admitted Pro Hac Vice)*
13 Trisha M. Corbin *(Admitted Pro Hac Vice)*
   Vorys, Sater, Seymour and Pease LLP
14 52 East Gay Street
   P. O. Box 1008
15 Columbus, Ohio 43216-1008
   Tel. (614) 464-6400
16 Fax. (614) 464-6350

17 *Attorneys for Defendant Bath & Body Works, Inc.*

18
                IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
19                    DISTRICT OF CALIFORNIA WESTERN DIVISION

20 AMANDA PAYNE-COOLEY,                )
21              Plaintiff,              )   CASE NO: CV04-0477 RSWL (RNBx)
                                        )
22         vs.                          )
                                        )
23 BATH & BODY WORKS, INC.,             )   **STIPULATION OF DISMISSAL
   A Delaware Corporation and           )   WITH PREJUDICE**
24 DOES 1 through 10, inclusive,        )
                                        )   + ORDER
25              Defendants.             )

DOCKETED ON CM
OCT 28 2004
BY BG

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Amanda Payne-Cooley and Defendant Bath & Body Works, Inc., by and through their attorneys, hereby stipulate that this matter is dismissed with prejudice. Each party will bear its own costs.

RESPECTFULLY SUBMITTED:

*/s/ Lawrence M. Glasner*

William Rehwald (California Bar No. 51396)
Lawrence M. Glasner (California Bar No. 142677)
Rehwald Rameson Lewis & Glasner
5855 Topanga Canyon Blvd., Suite 400
Woodland Hills, CA 91367
Tel. (818) 703-7500
Fax. (818) 703-7498

*Attorneys for Plaintiff Amanda Payne-Cooley*

*/s/*

James S. Schreier (California Bar No. 064570)
Lea-Marise Devine (California Bar No. 206092)
Christensen, Miller, Fink, Jacobs, Glaser, Weil & Shapiro, LLP
10250 Constellation Boulevard
19TH Floor
Los Angeles, California 90067
Tel. (310) 553-3000
Fax. (310) 556-2920

Robert A. Harris *(Admitted Pro Hac Vice)*
Scott A. Carroll *(Admitted Pro Hac Vice)*
Trisha M. Corbin *(Admitted Pro Hac Vice)*
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P. O. Box 1008
Columbus, Ohio 43216-1008
Tel. (614) 464-6400
Fax. (614) 464-6350

*Attorneys for Defendant Bath & Body Works, Inc.*

**IT IS SO ORDERED**
Dated  10-25-04

RONALD S.W. LEW
United States District Judge

-2-

10/11/2004 - 9547606

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA ]
] ss
COUNTY OF LOS ANGELES ]

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is REHWALD RAMESON LEWIS & GLASNER, 5855 Topanga Canyon Boulevard, Suite 400, Woodland Hills, California 91367-4600.

      On October 19, 2004, I served the foregoing document described as: **STIPULATION OF DISMISSAL WITH PREJUDICE** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

James S. Schreier, Esq.
Lea-Marise Devine, Esq.
CHRISTENSEN MILLER FINK JACOBS
  GLASER WEIL & SHAPIRO, LLP
10250 Constellation Blvd. – 19th Floor
Los Angeles, CA 90067

Robert A. Harris, Esq.
Trisha M. Corbin, Esq.
VORYS SATER SEYMOUR & PEASE, LLP
52 East Gay Street
Post Office Box 1008
Columbus, OH 43216-1008

      I caused such envelope with postage thereon fully prepaid to be deposited in the United States mail at Woodland Hills, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

      Executed on October 19, 2004, at Woodland Hills, California.

      I declare under penalty of perjury under the federal laws of the United States that the above is true and correct.

                                                      TRACEY GANGURSKY